# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER PATRICK LAFORTE,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>R. GODWIN,<br><br>　　　　　　　　　Respondent. | Case No. 22-cv-69-MMA (NLS)<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND DISMISSING PETITION**<br><br>[Doc. No. 2] |

Petitioner Peter Patrick Laforte, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. No. 1. He also filed a request to proceed in forma pauperis, which reflects a $692.40 balance in his prison trust account. Doc. No. 2 at 6. The filing fee for this type of action is $5.00. 28 U.S.C. § 1914(a). It appears Petitioner can pay the filing fee. However, Petitioner has not paid the filing fee. Accordingly, the Court **DENIES** the request to proceed in forma pauperis and **DISMISSES** the case without prejudice. Petitioner may submit a copy of this order along with the requisite fee no later than **March 21, 2022**, to have the case reopened.

**IT IS SO ORDERED**.

Dated:  January 21, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge