UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER PATRICK LAFORTE,<br><br>                               Petitioner,<br><br>v.<br><br>R. GODWIN, Warden,<br><br>                               Respondent. | Case No.: 22-cv-69-MMA (NLS)<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND DISMISSING PETITION WITHOUT PREJUDICE**<br><br>[Doc. No. 5] |

      On January 18, 2022, Petitioner, a state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, along with a Motion to Proceed In Forma Pauperis.  Doc. Nos. 1, 2.  On January 21, 2022, the Court denied the Motion to Proceed In Forma Pauperis and dismissed the Petition without prejudice because Petitioner's prison trust account statement indicated he had a balance of $692.40 and therefore he could afford the $5.00 filing fee.  *See* Doc. No. 3 at 1; *see also* 28 U.S.C. § 1914(a).  In its dismissal order, the Court informed Petitioner that to have his case reopened, he must either pay the filing fee or provide adequate proof of his inability to pay, no later than March 21, 2022.  Doc. No. 3 at 1.

      On January 24, 2022, Petitioner filed another Motion to Proceed In Forma Pauperis, Doc. No. 5, and a First Amended Petition, Doc. No. 4.  Petitioner includes a

copy of his trust account statement with his motion which indicates a $752.34 balance in his trust account.  Doc. No. 4 at 9.  Therefore, it is clear Petitioner can afford the $5.00 filing fee.  Accordingly, the Court **DENIES** Petitioner's Motion to Proceed In Forma Pauperis and again **DISMISSES** the case without prejudice.  To have the case reopened, Petitioner may submit a copy of this order along with the requisite fee[1] no later than **March 21, 2022**.

      **IT IS SO ORDERED**.

Dated:  January 27, 2022

           HON. MICHAEL M. ANELLO
           United States District Judge

---

[1] The Court notes that that along with his trust account statement, Petitioner included a signed copy of a "Trust Account Withdrawal Authorization" form, in which he authorized the prison officials to "disburse funds from [his] trust account (or institutional equivalent) pursuant to any future orders issued by the [District] Court."  Doc. No. 5 at 13.